Mollie Eagle, Appellant, *v.* Benjamin Cherney, Respondent, et al., Defendants.

Submitted September 29, 1947; decided October 2, 1947.

*Joseph Apfel* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if and when a judgment has been entered upon the order of the Appellate Division and all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed with the Clerk.

Herman C. Jongebloed, as Administrator of the Estates of Kathryn Jongebloed et al., Deceased, Appellant, *v.* Erie Railroad Company, Respondent.

Submitted September 29, 1947; decided October 2, 1947.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 534.]